**Cesar DE LA GARZA, Appellant,**

v.

**KANDIYOHI COUNTY JAIL, CORRECTIONAL INSTITUTION; Kandiyohi County Sheriff Department, Appellees.**

No. 01–1966.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 27, 2001.

Decided Aug. 30, 2001.

Before WOLLMAN, Chief Judge,
MORRIS SHEPPARD ARNOLD and
BYE, Circuit Judges.

PER CURIAM.

Cesar De La Garza brought a 42
U.S.C. § 1983 action against the Kandi-
yohi County Jail and the Kandiyohi
County Sheriff Department, alleging ra-
cial discrimination against him and other
Hispanic inmates in housing conditions,
disciplinary actions, transfers, and medi-
cal treatment. The district court [1] dis-
missed the action with prejudice under 28
U.S.C. § 1915A(b)(1) for failure to state a
claim because neither named party was a
suable entity.

While we agree with the district
court's conclusion, *see Dean v. Barber,* 951
F.2d 1210, 1214 (11th Cir.1992) ("[s]heriff's
departments and police departments are
not usually considered legal entities sub-
ject to suit"); *Marsden v. Fed. Bureau of
Prisons,* 856 F.Supp. 832, 836 (S.D.N.Y.
1994) ("jail is not an entity that is amena-
ble to suit"); *In re Scott County Master
Docket,* 672 F.Supp. 1152, 1163 n. 1
(D.Minn.1987) (sheriff's department is not
legal entity subject to suit), *aff'd, Myers v.
Scott County,* 868 F.2d 1017 (8th Cir.1989),
we modify the dismissal to be without prej-
udice so that Mr. De La Garza may refile
his complaint to name a suable entity or
individual, *cf. Monell v. Dept. of Soc.
Servs.,* 436 U.S. 658, 707–08, 98 S.Ct. 2018,
56 L.Ed.2d 611 (1978) (local government
liable under § 1983 if injury stems from
official policy or custom); *Martin v. Sar-
gent,* 780 F.2d 1334, 1338 (8th Cir.1985)
(prison warden individually liable if direct-
ly involved in unconstitutional decision).

Accordingly, we affirm the dismissal, *see*
8th Cir. R. 47A(a), but we modify it to be
without prejudice.

---

1. The Honorable Richard H. Kyle, United
   States District Judge for the District of Minne-
   sota, adopting the report and recommenda-
   tions of the Honorable Jonathan G. Lebedoff,
   United States Magistrate Judge for the Dis-
   trict of Minnesota.